UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

BRIAN FISCHLER, *on behalf of himself and all others similarly situated,*

        Plaintiff,

-against-

BEAN BOX LLC,

        Defendant.

Civil Case No. 19-CV-2635 (FB) (SJB)

---

## STIPULATION OF VOLUNTARY DISMISSAL
### PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties and their respective counsel, that the above-captioned action is voluntarily dismissed, with prejudice, against Defendant Bean Box, Inc., incorrectly sued herein as Bean Box LLC, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with the parties to bear responsibility for their respective costs and fees.

Dated: New York, New York
    November 26, 2019

**Lipsky Lowe LLP**

By: _____
Douglas Lipsky, Esq.
420 Lexington Avenue, Suite 1830
New York, New York 10170
Telephone: (212) 392-4772
Email: doug@lipskylowe.com
*Attorneys for Plaintiff Brian Fischler*

**DLA Piper LLP (US)**

By: _____
Joseph A. Piesco, Esq.
1251 Avenue of the Americas
New York, New York 10020
Phone: (212) 335-4537
Email: joseph.piesco@dlapiper.com
*Attorneys for Defendant Bean Box, Inc.*

**SO ORDERED:**

/S/ Frederic Block  12/10/2019
Hon. Frederic Block
United States District Judge